**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ADAM LOWRY, M.D.,**

*Plaintiff*,

v.

Case No. 6:26-cv-00919-GAP-DCI

**THE NEMOURS FOUNDATION**,
A Florida Non-Profit Corporation d/b/a
**NEMOURS CHILDRENS HOSPITAL, FLORIDA**

*Defendant*.
_______________________________________________/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS**

**PLEASE TAKE NOTICE** that Angelique K. Howard, Esq., of the law firm of Foley & Lardner LLP, hereby files this Notice of Appearance as Attorney for Defendant, The Nemours Foundation ("Defendant"), and requests that copies of all further motions, notices, orders, correspondence, and other papers be served on the undersigned.

Further, undersigned counsel files this Designation of E-Mail Addresses, pursuant and hereby designates the following e-mail addresses as the e-mail addresses for service of pleadings and court documents on behalf of Foley & Lardner LLP.

Primary: akhoward@foley.com Secondary: avwilliams@foley.com

Dated: August 19, 2026 Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Angelique K. Howard*

Angelique K. Howard
Florida Bar No. 1050723
akhoward@foley.com
avwilliams@foley.com
1 Independent Drive
Suite 1300
Jacksonville, FL 32801
Telephone: (904) 359-8703

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on August 19, 2026, a copy of the foregoing was served on all counsel of record, as identified below:

Ciera L. Lipps
652 Nina Drive
St. Petersburg, FL 33715
(727) 500-1076
ciera@eazlaw.com

*/s/ Angelique K. Howard*
Attorney