**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ADAM LOWRY, M.D.,**

*Plaintiff,*

v. Case No. 6:26-cv-00919

**THE NEMOURS FOUNDATION**,
A Florida Not-for-Profit Corporation d/b/a
**NEMOURS CHILDREN'S HOSPITAL, FLORIDA**

*Defendant.*
________________________________________________/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THREE-PAGE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**
***And Incorporated Memorandum Of Law***

Pursuant to Local Rule 3.01(e), Defendant, THE NEMOURS FOUNDATION ("Nemours" or "Defendant"), by and through the undersigned counsel, hereby moves for leave to file a brief, three-page reply in support of its Motion to Dismiss the First Amended Complaint filed in this matter by Plaintiff, Adam Lowry, M.D. ("Dr. Lowry"). The good cause warranting this Motion is as follows:

1. On April 27, 2026 Nemours removed this action to federal court. Following removal, on May 4, Nemours filed a Motion to Dismiss the Complaint (Doc. No. 6). Dr. Lowry did not respond to the Motion to Dismiss, and on June 15 the Court granted Nemours' Motion and entered an Order (Doc. No. 15)

dismissing Dr. Lowry's Complaint without prejudice.

2. On June 26, 2026, Dr. Lowry filed an Amended Complaint (ECF No. 17). Nemours filed a Motion to Dismiss the Amended Complaint (Doc. 25) on July 24, 2026. Dr. Lowry filed his Response in Opposition to Nemours' Motion o Dismiss (Doc. 27) on August 14, 2026.

3. In his Response in Opposition, Dr. Lowry twists and mischaracterizes Nemours' argument with respect to Count VII (unjust enrichment) and Count VIII (quantum meruit). In particular, Dr. Lowry conflates the concepts of "salary" and "contract," seemingly arguing that because Nemours claims no ***contract*** exists with respect to his claim for breach of contract, Nemours cannot then claim that Dr. Lowry's claims for unjust enrichment and quantum meruit are barred because he received a ***salary***. Dr. Lowry's analysis twists Nemours arguments to the point of unrecognizability and warrants clarification from Nemours.

4. Nemours now requests a brief reply of no more than three (3) pages to correct and respond to this mischaracterization of its argument.

5. Counsel for Nemours have conferred with counsel for Dr. Lowry, who does not oppose the relief requested herein.

**WHEREFORE,** Nemours respectfully requests that this Court enter an Order allowing it to file a reply brief of no more than three (3) pages in support

of its Motion to Dismiss Plaintiff's Amended Complaint.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g) of the Middle District of Florida, Nemours' counsel conferred in good faith with Dr. Lowry's counsel, who does not oppose the relief requested herein.

Dated: August 25, 2026

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Mary Caroline Cravatta*

Larry S. Perlman
Florida Bar No. 91934
lperlman@foley.com
dmilian@foley.com
90 Park Avenue
New York, NY 10016
Telephone: (305) 482-8400

Mary Caroline Cravatta
Florida Bar No. 125712
mcravata@foley.com
avargas@foley.com
301 E. Pine Street
Orlando, FL 32801
Telephone: (407) 423-7656

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on August 25, 2026, a copy of the foregoing was served on all counsel of record, as identified below:

Ciera L. Lipps
652 Nina Drive
St. Petersburg, FL 33715
(727) 500-1076
ciera@eazlaw.com

*/s/ Mary Caroline Cravatta*
**ATTORNEY FOR DEFENDANT**