**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ADAM LOWRY, M.D.,**

*Plaintiff,*

v.

Case No. 6:26-CV-919-GAP-CAB

**THE NEMOURS FOUNDATION**,
A Florida Not-for-Profit Corporation d/b/a
**NEMOURS CHILDREN'S HOSPITAL, FLORIDA; PETER D. WEARDEN, M.D., Ph.D.,** individually**;**
and **KIMBERLY N. BAKER, D.O.,** individually**,**

*Defendants.*
_______________________________________________/

## DR. KIMBERLY BAKER'S DISCLOSURE STATEMENT

Defendant, KIMBERLY N. BAKER, D.O., by and through the undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.03 of the Local Rules of this Court, hereby files her Disclosure Statement, and in doing so discloses the following information:

### RECUSAL INFORMATION

**1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.**

None.

**2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.**

None presently known.

**3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.**

None presently known.

**4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.**

Not applicable.

**5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.**

None presently know.

**6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.**

None presently know.

## CITIZENSHIP INFORMATION

**7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.**

Florida.

**8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.**

Not applicable.

## CERTIFICATE

The filer certifies that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge

in writing within fourteen days after the filer knows of a conflict.

Dated: October 21, 2026

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Mary Caroline Cravatta*

Larry S. Perlman
Florida Bar No. 91934
lperlman@foley.com
dmilian@foley.com
90 Park Avenue
New York, NY 10016
Telephone: (305) 482-8400

Mary Caroline Cravatta
Florida Bar No. 125712
mcravatta@foley.com
avargas@foley.com
301 E. Pine Street
Orlando, FL 32801
Telephone: (407) 423-7656

Angelique K. Howard
Florida Bar No. 1050723
akhoward@foley.com
avwilliams@foley.com
1 Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904) 359-8703

**ATTORNEYS FOR DEFENDANT DR. KIMBERLY N. BAKER, D.O.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on October 21, 2026, a copy of the foregoing was electronically filed via CM/ECF, which will effect service on all counsel of record identified below:

Ciera L. Lipps
652 Nina Drive
St. Petersburg, FL 33715
(727) 500-1076
ciera@eazlaw.com
allyson@eazlaw.com
teamliz@eazlaw.com
teamliz@recap.email

*/s/ Mary Caroline Cravatta*
**ATTORNEY FOR DEFENDANTS**