IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando division

**ADAM LOWRY, M.D.,**

*Plaintiff*,

v. Case No. 6:26-cv-00919

**THE NEMOURS FOUNDATION**,
A Florida Not-for-Profit Corporation d/b/a
**NEMOURS CHILDREN'S HOSPITAL, FLORIDA;**
**PETER D. WEARDEN, M.D., Ph.D.,** individually**;**
and **KIMBERLY N. BAKER, D.O.,** ***individually*****,**

*Defendants*.
_______________________________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ADAM LOWRY, M.D., and Defendants, THE NEMOURS FOUNDATION d/b/a NEMOURS CHILDREN'S HOSPITAL, FLORIDA; DR. PETER D. WEARDEN; and DR. KIMBERLY N. BAKER, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, in its entirety, WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

Dated: October 23, 2026

Respectfully submitted,

ELIZABETH ZWIBEL LAW

***/s/ Elizabeth A. Zwibel***
Elizabeth A. Zwibel, Esq.
Fla. Bar No. 193046
652 Nina Drive
St. Petersburg, FL 33715
Telephone: (727) 500-1076
Facsimile: (727) 255-5225
Liz@eazlaw.com
TeamLiz@eazlaw.com

***Counsel for Plaintiff***

FOLEY & LARDNER LLP

***/s/ Mary Caroline Cravatta***
Mary Caroline Cravatta
Fla. Bar No. 125712
301 E. Pine Street
Orlando, FL 32801
Telephone: (407) 423-7656
mcravata@foley.com
avargas@foley.com

Larry S. Perlman
Florida Bar No. 91934
lperlman@foley.com
dmilian@foley.com
90 Park Avenue
New York, NY 10016
Telephone: (305) 482-8400

Angelique K. Howard
Florida Bar No. 1050723
akhoward@foley.com
avwilliams@foley.com
1 Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904) 359-8703

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on October 23, 2026, a copy of the foregoing was electronically filed via CM/ECF, which will effect service on all counsel of record identified below:

Ciera L. Lipps
652 Nina Drive
St. Petersburg, FL 33715
(727) 500-1076
ciera@eazlaw.com
allyson@eazlaw.com
teamliz@eazlaw.com
teamliz@recap.email

*/s/ Mary Caroline Cravatta*
***Counsel for Defendants***