UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADAM LOWRY, M.D.;

Plaintiff,

v. Case No.: 6:26-cv-00919-GAP-CAB

THE NEMOURS FOUNDATION, A FLORIDA NON-PROFIT CORPORATION; PETER D. WEARDEN, M.D., PH.D, INDIVIDUALLY; AND KIMBERLY N. BAKER, D.O., INDIVIDUALLY;

Defendants,
__________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. 39), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed **WITH PREJUDICE**, each party to bear its own fees and costs. Any pending motions (Doc. 25, 32 and 38) are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 23, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties